UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-cv-61617-JB/Hunt

PROFESSIONAL KITCHEN
INSTALLER GROUP, INC.,

    Plaintiff,
v.

BENJAMIN COLON, JR., NATALIA
OSORNO COLON, and G.O.A.T.
COMMERCIAL KITCHEN
INSTALLATIONS, LLC,

    Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

**THIS CAUSE** is before the Court on United States Magistrate Judge Patrick M. Hunt's Report and Recommendation ("Report") on Plaintiff Professional Kitchen Installer Group's Motion for Summary Judgment (the "Motion"), ECF No. [56]. In the Report, Judge Hunt recommends that the Court deny the Motion. ECF No. [68]. No objections to the Report have been filed, and the time to do so has passed.

After careful consideration of the Report, the Motion, the record, and the applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report, ECF No. [68], is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Motion for Summary Judgment, ECF No. [56], is **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this 13th day of August, 2025.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE